UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-2285

ANDREA G. BRIGGS,

Plaintiff - Appellant,

versus

ELEVATOR CONTROL CORPORATION, a/k/a Elcon
Enterprises, Incorporated; GORDON R. ENGLAND,
Secretary of the Navy,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Catherine C. Blake, District Judge.  (CA-
05-1185-CCB)

Submitted: May 18, 2006                     Decided: May 25, 2006

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Andrea G. Briggs, Appellant Pro Se.  James A. Frederick, Assistant
United States Attorney, Baltimore, Maryland; Daniel Leonard Shea,
BRAULT, GRAHAM, SCOTT & BRAULT, Rockville, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Andrea G. Briggs appeals from the district court's order denying relief in her civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Briggs v. Elcon Enters., No. CA-05-1185-CCB (D. Md. Oct. 19, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED